

December 8, 2025

**VIA ECF**

Hon. J. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
Courtroom 1106
New York, NY 10007

Application **GRANTED**.  The initial pretrial conference set for December 16, 2025, is **ADJOURNED** sine die.  By **December 19, 2025**, Plaintiff shall file any motion for default judgment in accordance with the Local Civil Rules 55.1 and 55.2.  So Ordered.

Dated: December 9, 2025
      New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *Mario Coronado v. Gainful Health Inc.*,
      Case No. 1:25-cv-08791-LGS
      <u>Request to Adjourn the R16 Conference</u>

Dear Judge Schofield,

We represent Plaintiff Mario Coronado ("Plaintiff") in the above-captioned action against Gainful Health, Inc. ("Defendant"). We provide this letter in order to request adjournment as to the R16 Conference due to Defendant's failure to appear in this action and respond to Plaintiff's Complaint. Plaintiff will subsequently file its Request for Entry of Clerk's Default due to Defendant's failure to respond to this action.

Respectfully submitted,

/s/ Zane C. Hedaya
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339
E-mail: zane@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, Florida 33305
Phone: 813-340-8838

1